

| | | | |
|---|---|---|---|
| Com. v. Horn | 08/28/2015388 MAL (2015) | Denied | Pa.Super., 120 A.3d 374 |
| Com. v. Irvin | 08/21/2015190 EAL (2015) | Denied | Pa.Super., 120 A.3d 1051 |
| Com. v. Johnson | 08/31/201579 EAL (2015) | Denied | Pa.Super., 116 A.3d 685 |
| Com. v. Jones | 08/25/2015198 EAL (2015) | Denied | Pa.Super., 120 A.3d 1062 |
| Com. v. Kerstetter | 08/31/2015101 MAL (2015) | Denied | Pa.Super., 118 A.3d 443 |
| Com. v. LaTorre | 08/25/2015232 EAL (2015) | Denied | Pa.Super., 121 A.3d 1136 |
| Com. v. Maxwell | 08/31/201565 EAL (2015) | Denied | Pa.Super., 26 A.3d 1194 |
| Com. v. McKenzie | 08/31/201552 WAL (2015) | Denied | Pa.Super., 118 A.3d 442 |
| Com. v. Mikelonis | 08/25/2015121 WAL (2015) | Denied | Pa.Super., 120 A.3d 388 |
| Com. v. Mohylsky | 08/19/2015382 MAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| Com. v. Morrison | 08/28/2015380 MAL (2014) | Denied | Pa.Super., 104 A.3d 36 |
| Com. v. Moses | 08/31/2015252 EAL (2015) | Denied | Pa.Super., 120 A.3d 1060 |
| Com. v. Murdock | 08/31/2015369 MAL (2015) | Denied | Pa.Super., 121 A.3d 1133 |
| Com. v. Noll | 09/23/2015332 MAL (2015) | Denied | Pa.Super., 120 A.3d 1064 |
| Com. v. Paolino | 08/31/2015390 MAL (2015) | Denied | Pa.Super., 120 A.3d 381 |
| Com. v. Pennington | 09/23/201558 MAL (2015) | Denied | No. 2799 EDA 2013 |